KENT MANUFACTURING CO., Respt., v. William H. WELLINGTON et al., Applts. (Supreme Court, Appellate Division, First De-

partment. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.